Gregory S. Worden, WSBA #24262
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Gregory.S.Worden@lewisbrisbois.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| YOST GALLAGHER CONSTRUCTION, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | No. 2:25-cv-00257<br><br>STIPULATED MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>November 26, 2025 |

IT IS HEREBY stipulated and agreed to by all parties hereto, through their undersigned attorneys of record, that all claims of Plaintiff Yost Gallagher Construction against Pennsylvania Lumbermens Mutual Insurance Company, in the above-entitled matter be dismissed with prejudice and without attorney fees or costs to any party.

STIPULATED MOTION TO DISMISS - 1

USDC EASTERN DISTRICT OF WA NO. 2:25-cv-00257

167659567.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED November 26, 2025   DATED November 26, 2025

By: *s/Tristan N. Swanson*
Tristan N. Swanson, WSBA #41934

By: *s/Nicholas Hesterberg*       By: *s/Gregory S. Worden*
Nicholas Hesterberg, WSBA #41970      Gregory S. Worden, WSBA #24262
MILLER NASH LLP      LEWIS BRISBOIS BISGAARD &
605 5th Ave S, Suite 900      SMITH, LLP
Seattle, WA 98104      1111 Third Avenue, Suite 2700
(206) 777-7530      Seattle, Washington 98101
tristan.swanson@millernash.com      (206) 436-2020
nick.hesterberg@millernash.com      Gregory.Worden@lewisbrisbois.com
*Attorneys for Plaintiff*      *Attorney for Defendant*

STIPULATED MOTION TO DISMISS - 2

USDC EASTERN DISTRICT OF WA NO. 2:25-cv-00257

167659567.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020