FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YOST GALLAGHER CONSTRUCTION, a Washington Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | No. 2:25-cv-00257-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 6. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 6, is **GRANTED**.

//

//

//

//

**ORDER OF DISMISSAL** # 1

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of December 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**